UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DUPUY STORAGE & FORWARDING LLC,**     **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-4546** |
| **INDIAN HARBOR INSURANCE COMPANY, ET AL.,**     **Defendant** | **SECTION: "E" (2)** |

### ORDER

Considering the foregoing Unopposed Motion to Compel Arbitration and Stay Proceedings;[1]

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this case be **ADMINISTRATIVELY CLOSED**. Any party may seek to reopen this matter, if necessary, by filing a written motion.

New Orleans, Louisiana, this 5th day of January, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 15.